IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE UNITED STATES of AMERICA,** ex rel. Joe Liotine, individually, | ) ) ) |
| Plaintiff, | ) ) Civil No. **05-033-DRH** |
| v. | ) ) ) |
| **CDW-GOVERNMENT, INC.,** | ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Relator's Motion to Vacate Scheduling and Discovery Order. **(Doc. 92).**

On March 18, 2009, the court granted defendant's Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss Count 1. **See, Doc. 81.** Relator now moves to vacate all dates in the scheduling order, such as the dates for the disclosure of experts.

In **Doc. 81**, the court ordered that "all discovery" be stayed pending Chief Judge Herndon's ruling on the motion to dismiss. Since the disclosure of expert witnesses is part of discovery, it was implicit in the order staying discovery that such deadlines are also stayed.

Upon consideration and for good cause shown, Relator's Motion to Vacate Scheduling and Discovery Order **(Doc. 92)** is **GRANTED as follows**:

1. The deadlines set in paragraphs 5 through 7 of the Joint Report of Parties are vacated.

2. The deadline for the completion of all discovery remains **October 20, 2009.** The court will adjust that date, as well as other discovery deadlines, as necessary after

1

the motion to dismiss has been ruled on.

**IT IS SO ORDERED.**

**DATE: May 4, 2009.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**