# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **JOE LIOTINE**, individually, <br><br> **Plaintiff and Relator,** <br><br> vs. <br><br> **CDW GOVERNMENT, INC.** an Illinois corporation, <br><br> **Defendant.** | **CASE NO.:  05-cv-33-DRH-DGW** <br><br> **CJRA TRACK:  C** <br><br> **JUDGE: David R. Herndon** <br> **MAGISTRATE JUDGE: Donald G. Wilkerson** |

### CDW GOVERNMENT, INC.'S MOTION IN LIMINE TO EXCLUDE THE DATA ANALYSES AND TESTIMONY OF DR. JEREMY ALBRIGHT

Pursuant to Rules 104, 602, 701, 702, and 403 of the Federal Rules of Evidence, Rule 26 of the Federal Rules of Civil Procedure, and Rule 7.1 of the Local Rules for the United States District Court for the Southern District of Illinois, Defendant CDW Government, Inc. ("CDW-G"), by and through its undersigned counsel, respectfully moves this Court to issue an Order to Exclude the Data Analyses and Testimony of Dr. Jeremy Albright, for the reasons stated in the attached Memorandum in Support.

2

Dated: November 7, 2011					Respectfully submitted,


						By:	/s/ David Y. Yang
							John J. Kurowski, IL #0312111889
							Candice C. Kusmer, IL #06284948
							KUROWSKI, BAILEY & SHULTZ, LLC
							24 Bronze Point
							Swansea, Illinois  62226
							Phone:  (618) 277-5500
							Facsimile:  (618) 277-6334
							E-Mail:  ckusmer@kbslf.com

							Of Counsel:
							David M. Nadler, DC Bar No. 402705
							J. Andrew Jackson, DC Bar No. 435541
							David Y. Yang, DC Bar No. 481799

							Dickstein Shapiro LLP
							1825 Eye St. NW
							Washington, DC 20006
							Phone:  (202) 420-2200
							Facsimile:  (202) 420-2201

							*Attorneys for CDW Government, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Dale J. Aschemann  
Aschemann Keller LLC  
300 North Monroe Street  
Marion, IL  62959-2326  
618-998-9988  
dalea@quitamlaw.org

James Helmer  
Robert Rice  
Paul Martins  
Helmer, Martins, *et al.*  
600 Vine Street  
Suite 2704  
Cincinnati, OH  45202  
513-421-4200  
jhelmer@fcalawfirm.com  
rrice@fcalawfirm.com  
pmartins@fcalawfirm.com

Gerald M. Burke  
Assistant United States Attorney – Fairview Heights  
9 Executive Drive  
Ste. 300  
Fairview Heights, IL  62208  
gerald.burke@usdoj.gov

                                                           /s/ David Y. Yang  
                                                           David Y. Yang