IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,
*ex rel. Joe Liotine, Individually,*
**and JOE LIOTINE,** *relator,*

      **Plaintiffs,**

  -vs-

**CDW-GOVERNMENT INC.,**
*an Illinois corporation,*

      **Defendant.**                  NO.  05-cv-33-DRH

## ORDER

**HERNDON, Chief Judge**

      This case has settled.  The United States has consented to the dismissal with prejudice of its claims against CDW-G under the False Claims Act for the following conduct in connection with General Services Administration (GSA) Contract Number GS-35F-0195J and blanket purchase agreements, purchase orders, and other contractual vehicles issued thereunder (collectively "the GSA Contract") from January 1, 1999-December 31, 2011:  (1) mischaracterizing sales transactions to the United States in order to avoid paying GSA the Industrial Funding Fee; (2) mischaracterizing sales transactions to the United States in order to improperly charge for shipping or freight or overcharge for shipping or freight, and (3) selling products to the United States that did not comply with the Trade Agreements Act, 19 U.S.C. 2501 et seq.  The United States consents to dismissal without prejudice to the United States of all other claims at issue in this case.

The relator's share and plaintiffs' attorney's fees will be set forth by separate order and included in the final judgment.

Plaintiff's attorneys are directed to submit a Petition for Attorneys' Fees by March 12, 2013.  **A response from defendant CDW-G is due by March 19, 2013**.

Final judgment will enter on **May 9, 2013**.

**IT IS SO ORDERED.**

**DATED:**  March 5, 2013

Digitally signed by David R. Herndon
Date: 2013.03.05 13:18:26 -06'00'

CHIEF JUDGE
U.S. DISTRICT COURT