UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,
*ex rel. Joe Liotine, Individually,*
**and JOE LIOTINE,** *relator,*

      **Plaintiffs,**

  -vs-

**CDW-GOVERNMENT INC.,**
*an Illinois corporation,*

      **Defendant.**                NO.   05-cv-33-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 5, 2013 (Doc. 298), acknowledging a settlement of the substantive issues and an order entered on September 25, 2013 (Doc. 336) wherein the Court decided a contested issue regarding attorneys' fees and costs, this cause of action is **DISMISSED with prejudice** as to all parties.

                                  NANCY J. ROSENSTENGEL,
                                  **CLERK OF COURT**

                              BY:   */s/Sara Jennings*
                                    **Deputy Clerk**

**Dated:**  September 26, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.26
11:59:54 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT